**Order filed July 18, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00560-CV
_____

**ROWAN & SIBLINGS, INC. AND MAHER HUSSEINI AKA MAHER KHALIL HUSSEINI, Appellants**

**V.**

**TARA ENERGY, LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1017116**

## ORDER

According to information provided to this court, appellants' notice of appeal appears to be untimely. Our records reflect that the trial court's judgment was signed April 29, 2013. Our information reflects that appellants did not file a timely post-judgment motion. Therefore, the notice of appeal was due May 29, 2013, but it was not filed until June 24, 2013.

The clerk's record has not been filed in this appeal. The County Clerk has informed this court that appellant did not pay for preparation of the clerk's record. In response to notices from this court, appellant informed this court that he cannot afford to pay for the record.

To determine our jurisdiction over this appeal, and if jurisdiction exists, whether appellant is entitled to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Harris County Clerk to file a partial clerk's record with the clerk of this court **within 30** days of the date of this order. In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence; **(5)** the contest(s) to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contests thereto.


PER CURIAM